


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

ROSS DANIEL WALKER

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

CNN, NEWS
MSNBC, NEWS
CBS 2, NEWS

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. CV 22-2716

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☒ No
*(check one)*

DONNELLY, J.

BLOOM, M.J.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ROSS DANIEL WALKER
Street Address: 305 MARTENSE ST
City and County: BROOKLYN
State and Zip Code: NEW YORK 11226
Telephone Number: 347-928-1536
E-mail Address: Wross5383@Gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: CNN STUDIO TOURS
Job or Title (if known): N/A
Street Address: ONE CNN CENTER
City and County: ATLANTA
State and Zip Code: GEORGIA 30303
Telephone Number:
E-mail Address (if known):

Defendant No. 2
Name: MSNBC NEWS
Job or Title (if known): N/A
Street Address: 30 Rockefeller Plaza
City and County: New York

|  |  |
|---|---|
| State and Zip Code | NEW YORK 10112 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

|  |  |
|---|---|
| Name | CBS 2 NEWS |
| Job or Title (if known) | N/A |
| Street Address City and County State and Zip Code | 524 WEST 57th ST N.Y NEW YORK 20019 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

|  |  |
|---|---|
| Name | TMZ |
| Job or Title (if known) | N/A (ETAL) |
| Street Address City and County State and Zip Code | 13031 WEST JEFFERSON Boulevard, Los Angeles CA 90066   8000 Sunset BLVD, Los Angeles, C.A. 90046 United State |
| Telephone Number | |
| E-mail Address (if known) | |

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*HARASSMENT Embarrassment Sexual Harassment Exploited CopyRight infringement Systematic Racism* ~~[crossed out]~~

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Harassment Lost of Identity Using my Poems for TV Rating Discrimination Exploitation Incriminate me Conspiracy theories 5000 Billion Dollars

III.  **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I'm A Ghost Rider not Published unpublished Work made famous I have not Received one Dollar for my Sweat and Tears fruits of my Labor USE for CRIME

5

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Damaged my Reputation as A Writer
Defamation of Character Steal my focus
Psychological Warfare

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/6/ , 20 22

Signature of Plaintiff  Ross Daniel Walker
Printed Name of Plaintiff  Ross Daniel Walker

6