UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
**ROSS DANIEL WALKER**,                                      :
               Plaintiff,                      :
                                                              :   **MEMORANDUM**
      - against -                                      **AND ORDER**
                                                             :
**CNN STUDIO TOURS, MSNBC NEWS, CBS 2**                      :   22-CV-2716 (AMD) (LB)
**NEWS,** and **TMZ**,                                       :
               Defendants.                      :
------------------------------------------------------------ X
**ROSS DANIEL WALKER**,                                      :
               Plaintiff,                      :
                                                               :   22-CV-2717 (AMD) (LB)
      - against -                                      :
**AMAZON CORPORATE, AMAZON**                                 :
**DISTRIBUTION CENTER** and **AMAZON**                       :
**FULFILLMENT CENTER**,                                      :
               Defendants.                      :
------------------------------------------------------------ X
**ROSS DANIEL WALKER**,                                      :
               Plaintiff,                      :
                                                               :   22-CV-2721 (AMD) (LB)
      - against -                                      :
**ROBINHOOD CORPORATION** and **ACORN**,                     :
               Defendants.                      :
------------------------------------------------------------ X
**ROSS DANIEL WALKER**,                                      :
               Plaintiff,                      :
                                                               :   22-CV-2791 (AMD) (LB)
      - against -                                      :
**UNITED STATES DISTRICT COURT** and                         :
**MATA**,                                                    :
               Defendants.                      :
------------------------------------------------------------ X

```
------------------------------------------------------------ X
ROSS DANIEL WALKER,                               :
                    Plaintiff,                    :
                                                  :    22-CV-2792 (AMD) (LB)
            - against -                           :
                                                  :
WELLS FARGO BANK, PIFCU BANK, ONE                 :
CITIZENS BANK and HSBC FINANCE BANK,              :
                    Defendants.                   :
                                                  :
------------------------------------------------------------ X
```

**ANN M. DONNELLY**, United States District Judge:

In an order dated May 20, 2022, the Court dismissed these five actions pursuant to 28 U.S.C. § 1915(e)(2)(B), and directed the plaintiff to show cause why he should not be enjoined from filing any complaints seeking *in forma pauperis* ("IFP") status, without obtaining leave of the Court.  (No. 22-CV-2791, ECF No. 4.)

Instead of responding to the Court's order to show cause, the plaintiff filed two new actions on July 27, 2022.  *See Walker v. Real Life Church, Idaho Lottery Comm'n*, No. 22-CV-4455 (E.D.N.Y.); *Walker v. U.S. Dep't of Justice, Dep't of Educ., Better Bus. Bur.*, No. 22-CV-4456 (E.D.N.Y.)  The plaintiff's time for responding to the Court's order to show cause has passed.  Accordingly, the plaintiff is now enjoined from filing any new action requesting IFP status in the United States District Court for the Eastern District of New York without first obtaining the Court's permission.

To seek permission to file a new action, the plaintiff must comply with the following procedures.  His submission must include a proposed complaint, an IFP application and a separate letter explaining the basis for requesting leave to file.  If the plaintiff does not include a separate letter explaining the basis for his request to file, the Clerk of Court is directed to return filings to the plaintiff without docketing and without any further action.

2

In addition, the injunction will be implemented as follows:

(1) The Clerk of Court is respectfully directed to open a miscellaneous case entitled "In re Ross Daniel Walker," and to file a copy of this order under that miscellaneous docket number.

(2) Any IFP action by the plaintiff requesting permission to file will be docketed under this miscellaneous docket number.

(3) Upon reviewing the filing, if the Court determines that the proposed complaint should not proceed, it will not take any further action.

(4) If the Court determines that the proposed complaint should proceed, the Court will grant the plaintiff permission to file it and will direct the Clerk of Court to open a new civil matter, in which the entire leave application—the complaint, IFP application and separate letter—will be filed, and the case will proceed in the ordinary course.

Although the plaintiff is not prohibited from appealing this order, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is respectfully directed to enter judgment and to close these five actions.

**SO ORDERED.**

s/Ann M. Donnelly
ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
       August 10, 2022